ARNOLD HEERWAGEN et al., Respondents, *v.* CHARLES L. RITZMANN, Appellant.

MOTION for reargument of appeal.

*Wolf, Kohn & Ullman*, for motion.

*Albert I. Sire*, opposed.

*Per Curiam.* The present motion does not conform to rule 16 of the General Term of this court with regard to motions for reargument.

Counsel, in effect, simply desires to present a more elaborate argument upon the exception which the General Term deemed fatal to the judgment, and it does not appear that any question decisive of the case has been overlooked.

Motion denied, with ten dollars costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, with ten dollars costs.